FILED

2023 DEC 13 AM 10: 14

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | MJ 23-06371 |
|---|---|---|
| PLAINTIFF(S) | 8:23CR86 | |
| v. | | |
| RICHARD WESLEY MARSHALL | **DECLARATION RE OUT-OF-DISTRICT WARRANT** | |
| DEFENDANT(S). | | |

The above-named defendant was charged by: Superseding Indictment
in the _____ District of Nebraska _____ on 11/14/23
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 & 18 _____ U.S.C., Section(s) 846, 1956
to wit: _____

A warrant for defendant's arrest was issued by: DENISE M. LUCKS, CLERK OF THE COURT

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/23
               Date

_____                    K. Sath
Signature of Agent                        Print Name of Agent

US Marshals Service                       Deputy US Marshal
Agency                                    Title

CR-52 (03/20)              DECLARATION RE OUT-OF-DISTRICT WARRANT