| AO 436 (Rev. 04/13) *Read Instructions.* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| 1. NAME Jerry M. Hug | 2. PHONE NUMBER (402) 614-6160 | 3. EMAIL ADDRESS jerry@hugandjacobs.com | |
| 4. MAILING ADDRESS 209 S 19th St Ste 340 | 5. CITY Omaha | 6. STATE NE | 7. ZIP CODE 68102 |
| 8. CASE NUMBER 2:23mj06371 | 9. CASE NAME United States v. Richard Marshall | DATES OF PROCEEDINGS 10. FROM 12/13/2023 | 11. TO 12/13/2023 |
| 12. PRESIDING JUDGE Jacqueline Chooljian | LOCATION OF PROCEEDINGS 13. CITY Los Angeles | 14. STATE CA | |

### 15. ORDER FOR

- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☒ BAIL HEARING | 12/13/2023 | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | 34.00 |
| **ESTIMATE TOTAL** | | **34.00** |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE /s/ Jerry M. Hug | 19. DATE 12/21/2023 |
|---|---|

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 34.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 34.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 34.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY

Generated: Jan 2, 2024 4:05PM						Page 1/1



# U.S. District Court

## California Central - Los Angeles

Jerry M. Hug											Receipt Date: Jan 2, 2024 4:05PM

Rcpt. No: 11693				Trans. Date: Jan 2, 2024 4:05PM					Cashier ID: #CS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 101 | Reprod Audio Record of Court Proceeding | | 1 | 34.00 | 34.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #1198 | 01/2/2024 | $34.00 |
| | | | Total Due Prior to Payment: | $34.00 |
| | | | Total Tendered: | $34.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.